IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MICHAEL CIMINO,<br>Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| MICHAEL J. ASTRUE,<br>Defendant. | : | NO. 10-cv-3485 |


FILED
APR - 4 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 4th day of April, 2012, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, ~~and~~ to which no objections were timely filed, upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED; and

3. this matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.